UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

IN RE STEVEN PHILLIPS, *pro se*,

**ORDER OF DISMISSAL**

08-CV-1191 (DLI)(LB)

----------------------------------------------------------x
**DORA L. IRIZARRY, U.S. District Judge:**

On March 14, 2008, Steven Phillips, an inmate at Arthur Kill Correctional Facility, filed a *pro se* letter requesting the Court's assistance in terminating his psychiatric treatment. The letter did not name any defendants or state a cause of action, or otherwise conform with the requirements of Rule 8 of the Federal Rules of Civil Procedure. By Order dated April 30, 2008, the Court gave him 30 days within which to submit a complaint under this docket number that complied with Rule 8. The Court also enclosed information on filing a civil action. More than 30 days have elapsed and Mr. Phillips has not filed a complaint, paid the filing fee, or sought leave of the Court to proceed *in forma pauperis*. Accordingly, it is hereby

**ORDERED**: that the case is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: Brooklyn, New York
June 6, 2008

_____/s/_____
DORA L. IRIZARRY
United States District Judge